

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2020

No. 04-19-00468-CR

John Anthony **VEGA,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5622
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

Appellant's motion to permit a late-filed brief is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court